FILED

08 FEB 15 PM 2:56

~~SECRET~~ unsealed 3/6/08

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 0404 BEN |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | |
| ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| YOUSSEF MUSTAPHA HABHAB, ) | Distribution of Hydrocodone |
| ) | Bitartrate a Controlled Substance |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about June 11, 2007, within the Southern District of California, defendant YOUSSEF MUSTAPHA HABHAB did knowingly and intentionally distribute approximately 1,500 hydrocodone bitartrate tablets, a Schedule III Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//
//
//

TFS:nlv:San Diego
2/14/08

aje 1

### Count 2

On or about June 13, 2007, within the Southern District of California, defendant YOUSSEF MUSTAPHA HABHAB did knowingly and intentionally distribute approximately 1,500 hydrocodone bitartrate tablets, a Schedule III Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 3

On or about June 20, 2007, within the Southern District of California, defendant YOUSSEF MUSTAPHA HABHAB did knowingly and intentionally distribute approximately 2,448 hydrocodone bitartrate tablets, a Schedule III Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: February 15, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
TIMOTHY F. SALEL
Assistant U.S. Attorney