```
 1  LAW OFFICE OF KURT DAVID HERMANSEN
    Kurt David Hermansen, Cal. Bar No. 166349
 2  110 West C Street, Suite 1810
    San Diego, California  92101-3909
 3  Telephone:   (619) 236-8300
    Facsimile:   (619) 236-8400
 4  KDH@KurtDavidHermansen.com
    Attorney for Defendant
 5  YOUSSEF MUSTAPHA HABHAB
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.    08cr0404 BEN |
| Plaintiff, | NOTICE OF MOTIONS AND MOTIONS: |
| v. | (1)  TO COMPEL DISCOVERY |
| YOUSSEF MUSTAPHA HABHAB, | (2)  PRESERVE EVIDENCE; AND |
| Defendant. | (3)  FOR LEAVE TO FILE FURTHER MOTIONS. |
| | Date: April 21, 2008 at 2:00 p.m. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY AND TIMOTHY SALEL, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on **April 21, 2008 at 2:00 p.m.**, or as soon thereafter as counsel may be heard, Defendant, YOUSSEF MUSTAPHA HABHAB, by and through counsel, Kurt David Hermansen, will ask this Court to enter an order granting the following motions.

## **MOTIONS**

Defendant, YOUSSEF MUSTAPHA HABHAB, by and through counsel, Kurt David Hermansen, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1. compelling discovery
2. preserving evidence; and
3. granting leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Dated: *March 10, 2008*          *s/Kurt David Hermansen*
                                                      Attorney for Defendant
                                          Email: KDH@KurtDavidHermansen.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr0404 BEN |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| YOUSSEF MUSTAPHA HABHAB, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF MOTION AND MOTIONS: (1) TO COMPEL DISCOVERY; (2) PRESERVE EVIDENCE; AND (3) FOR LEAVE TO FILE FURTHER MOTIONS & MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

**Timothy Salel**
Efile.dkt.gc2@usdoj.gov

Manual e-mail sent to Timothy Salel at Timothy.Salel@usdoj.gov.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *March 10, 2008*     *s/Kurt David Hermansen*
                                   Attorney for Defendant
                                   KDH@KurtDavidHermansen.com