```
 1  LAW OFFICE OF KURT DAVID HERMANSEN
    Kurt David Hermansen Cal. Bar No. 166349
 2  110 West C Street, Suite 1810
    San Diego, California  92101-3909
 3  Telephone:    (619) 236-8300
    Facsimile:    (619) 236-8400
 4  Cellular:     (619) 436-8117
    KDH@KurtDavidHermansen.com
 5  Attorney for Defendant
    YOUSSEF MUSTAPHA HABHAB
 6
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   08cr0404 BEN (CAB) |
| Plaintiff, | JOINT MOTION TO MODIFY TRAVEL RESTRICTION |
| v. | |
| YOUSSEF MUSTAPHA HABHAB, | |
| Defendant. | |

IT IS HEREBY REQUESTED by the parties in the case, Plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy Salel, Assistant United States Attorney, and the Defendant, YOUSSEF MUSTAPHA HABHAB, by and through his counsel, Kurt David Hermansen, that the travel restriction in this case be modified to allow Mr. HABHAB to travel within the Southern and Central Districts of California.

1    A proposed order with respect to this joint motion is being submitted directly to the court
2 via efile_bencivengo@casd.uscourts.gov.

Respectfully submitted,

Dated: <u>March 13, 2008</u>     <u>s/*Kurt David Hermansen*</u>

Attorney for Defendant HABHAB
Email:  KDH@KurtDavidHermansen.com


Dated: <u>March 13, 2008</u>     <u>s/*Timothy Salel*</u>

Assistant United States Attorney
Email: Timothy.Salel@usdoj.gov

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr0404 BEN (CAB) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| YOUSSEF MUSTAPHA HABHAB, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **JOINT MOTION TO MODIFY TRAVEL RESTRICTION** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Timothy Salel**
Timothy.Salel@usdoj.gov, Efile.dkt.gc2@usdoj.gov

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  *March 13, 2008*          *s/Kurt David Hermansen*
                                                            Attorney for Defendant HABHAB
                                                            Email: KDH@KurtDavidHermansen.com