**LAW OFFICE OF KURT DAVID HERMANSEN**
KURT DAVID HERMANSEN, Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California 92101-3909
Telephone: (619) 236-8300
Facsimile: (619) 236-8400
Cellular: (619) 436-8117
Attorney for Defendant
YOUSSEF MUSTAPHA HABHAB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> YOUSSEF MUSTAPHA HABHAB, <br><br> Defendant. | Case No.   08cr0404 BEN <br><br> STIPULATION OF SURETY IN SUPPORT OF JOINT MOTION TO MODIFY TRAVEL RESTRICTION |

The undersigned surety stipulates and agrees that YOUSSEF MUSTAPHA HABHAB's travel restriction be modified to let Mr. HABHAB travel within the Southern and Central Districts of California.

I so stipulate, in San Diego, California.

Date: 3/12/08

*Zeinab Hnaino*

ZEINAB HNAINO
Surety