FILED

08 MAR 14 PM 3:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:            DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>YOUSSEF MUSTAPHA HABHAB,<br><br>    Defendants. | Case No. 08cr0404 BEN (CAB)<br><br>**ORDER MODIFYING TRAVEL RESTRICTION FOR DEFENDANT YOUSSEF MUSTAPHA HABHAB BASED ON JOINT MOTION** |

**THE COURT HEREBY ORDERS**, upon joint motion of the parties, that the travel restriction in this case be modified to allow Mr. Habhab to travel within the Southern and Central Districts of California.

**IT IS SO ORDERED.**

Dated: 3/14/08

CATHY A. BENCIVENGO
UNITED STATES DISTRICT COURT JUDGE