# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

**SECRET** unsealed 03-06-08

UNITED STATES OF AMERICA
V.
Youssef Mustapha Habhab

WARRANT FOR ARREST 32

#1450229

CASE NUMBER: 08cr404 BEN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Youssef Mustapha Habhab
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) - Distribution of Hydrocodone Bitartrate, a Controlled Substance

DATE 3/6/08  DEA
ARRESTED BY
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

2008 FEB 15 A 4:12  RECEIVED  U.S. MARSHAL SOUTHERN DISTRICT OF CA

In violation of Title    See Above    United States Code, Section(s) _____

W. Samuel Hamrick, Jr.          | Clerk of the Court
Name of Issuing Officer          | Title of Issuing Officer

s/ J. Jocson                     | 02/15/08   San Diego, California
Signature of Deputy              | Date and Location

Bail fixed at $   No Bail   by   The Honorable Anthony J. Battaglia
                                 Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II J

AUSA Sobel x 6074

OCDETF SW-CASH 0435 "Mr. Clean" FBI

3599 (Dist. of Hydrocodone)