PS 8
(8/88)

FILED

# United States District Court
### for

2008 MAR 27  PM 12: 35

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

U. S. A. vs. HABHAB, YOUSSEF                           Docket No. 08CR0404BEN-001

### Petition for Action on Conditions of Pretrial Release

Comes now Eleonor Ruiz Pretrial Services Officer presenting an official report upon the conduct of defendant HABHAB, YOUSSEF who was placed under pretrial release supervision by the Honorable Cathy Ann Bencivengo sitting in the court at San Diego, on the 6 day of March, 2008, under the following conditions:

Rrestrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; actively seek and maintain full-time employment, schooling, or combination both.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1.    At the post release interview with Pretrial Services, the defendant admitted to a history of marijuana use and smoking the day before his arrest.

**PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE TO INCLUDE DRUG TESTING AND/OR TREATMENT AS DIRECTED BY PRETRIAL SERVICES.**

ORDER OF COURT

Considered and ordered this _____ day of
_____, 20___ and ordered filed and made a
part of the records in the above case.

_____
U. S. District Judge Roger T. Benitez

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/20/08 _____

Respectfully,

_____
Eleonor Ruiz, U.S. Pretrial Services Officer

Place    San Diego, California _____

Date    03/20/08 _____