1  LAW OFFICE OF KURT DAVID HERMANSEN
   Kurt David Hermansen Cal. Bar No. 166349
2  110 West C Street, Suite 1810
   San Diego, California  92101-3909
3  Telephone:   (619) 236-8300
   Facsimile:    (619) 236-8400
4  Cellular:      (619) 436-8117
   KDH@KurtDavidHermansen.com
5  Attorney for Defendant
   YOUSSEF MUSTAPHA HABHAB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.   08cr0404 BEN (CAB) |
|---|---|---|
| Plaintiff, | ) | JOINT MOTION TO MODIFY BOND |
| v. | ) | CONDITIONS BY DELETING THE |
|  | ) | DRUG TESTING REQUIREMENT FOR |
| YOUSSEF MUSTAPHA HABHAB, | ) | DEFENDANT YOUSSEF MUSTAPHA |
|  | ) | HABHAB |
| Defendant. | ) |  |

   IT IS HEREBY REQUESTED by the parties in the case, Plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy Salel, Assistant United States Attorney, and the Defendant, YOUSSEF MUSTAPHA HABHAB, by and through his counsel, Kurt David Hermansen, that the bond conditions in this case be modified to no longer require Mr. HABHAB to undergo drug testing.

   Defense counsel contacted Pre-Trial Services Officer Ruiz (619.557.2991) on April 29, 2008.  Officer Ruiz reports that Mr. HABHAB has been consistently tested for drugs on a weekly basis with ZERO dirty tests, but Pre-Trial Services does not join in this motion.

1  A proposed order with respect to this joint motion is being submitted directly to the court
2  via efile_bencivengo@casd.uscourts.gov.

Respectfully submitted,

Dated: *April 29, 2008*          *s/**Kurt David Hermansen*

Attorney for Defendant HABHAB
Email: KDH@KurtDavidHermansen.com

Dated: *April 29, 2008*          *s/**Timothy Salel*

Assistant United States Attorney
Email: Timothy.Salel@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YOUSSEF MUSTAPHA HABHAB,<br><br>Defendant. | Case No.  08cr0404 BEN (CAB)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **JOINT MOTION TO MODIFY BOND CONDITIONS BY DELETING THE DRUG TESTING REQUIREMENT FOR DEFENDANT YOUSSEF MUSTAPHA HABHAB** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Timothy Salel**
Timothy.Salel@usdoj.gov, Efile.dkt.gc2@usdoj.gov

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  *April 29, 2008*        *s/Kurt David Hermansen*
                                                            Attorney for Defendant HABHAB
                                                            Email:  KDH@KurtDavidHermansen.com