1  LAW OFFICE OF KURT DAVID HERMANSEN
   Kurt David Hermansen Cal. Bar No. 166349
2  110 West C Street, Suite 1810
   San Diego, California 92101-3909
3  Telephone:   (619) 236-8300
   Facsimile:    (619) 236-8400
4  Cellular:      (619) 436-8117
   KDH@KurtDavidHermansen.com
5  Attorney for Defendant
   YOUSSEF MUSTAPHA HABHAB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr0404 BEN |
| Plaintiff, | JOINT MOTION TO CONTINUE SENTENCING HEARING |
| v. | |
| YOUSSEF MUSTAPHA HABHAB, | |
| Defendants. | |

IT IS HEREBY REQUESTED by the parties in the case, Plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy Salel, Assistant United States Attorney, and the Defendant, Youssef Mustapha Habhab, by and through his counsel, Kurt David Hermansen, that the motion hearing in the above entitled case scheduled for June 9, 2008 at 2:00 p.m., be continued to September 15, 2008, at 2:00 p.m. for Mr. Habhab.

The parties agree that the time between June 9, 2008 and September 15, 2008 is excludable under the Speedy Trial Act.

1     The undersigned defense attorney for Mr. Habhab called the Court's courtroom deputy
2 to obtain the new date and that date is agreeable to both parties. A proposed order with respect
3 to this joint motion is being submitted directly to the court via efile_benitez@casd.uscourts.gov.
4     Defendant Habhab is out of custody on bond. An acknowledgment of the next court date
5 will be filed with the Court before the next court date.

Respectfully submitted,

Dated: *May 31, 2008*    *s/Kurt David Hermansen*

Attorney for Defendant Habhab
Email: KDH@KurtDavidHermansen.com

Dated: *May 31, 2008*    *s/Timothy Salel*

Assistant United States Attorney
Email: Timothy.Salel@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0404 BEN |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| YOUSSEF MUSTAPHA HABHAB, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **JOINT MOTION TO CONTINUE SENTENCING HEARING** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

US Attorney CR
Efile.dkt.gc2@usdoj.gov

Kurt David Hermansen
KDH@KurtDavidHermansen.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  *May 31, 2008*               s/*Kurt David Hermansen*

                                                                  Attorney for Defendant Habhab
                                                                  Email: KDH@KurtDavidHermansen.com