LAW OFFICE OF KURT DAVID HERMANSEN
Kurt David Hermansen Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California 92101-3909
Telephone:  (619) 236-8300
Facsimile:   (619) 236-8400
Cellular:      (619) 436-8117
KDH@KurtDavidHermansen.com
Attorney for Defendant
YOUSSEF MUSTAPHA HABHAB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YOUSSEF MUSTAPHA HABHAB,<br><br>Defendants. | Case No. 08cr0404 BEN<br><br>ACKNOWLEDGMENT OF NEXT COURT DATE |

I, Youssef Mustapha Habhab, hereby acknowledge that the motion hearing presently set for June 9, 2008, at 2:00 p.m. has been continued to September 15, 2008, at 2:00 p.m., and that I am to appear on September 15, 2008, at 2:00 p.m., before the Honorable Roger T. Benitez, in the United States District Court, Southern District of California, San Diego, California.

Dated: 6/2/2008

_____
Youssef Mustapha Habhab
Defendant