```
 1  LAW OFFICE OF KURT DAVID HERMANSEN
    Kurt David Hermansen Cal. Bar No. 166349
 2  110 West C Street, Suite 1810
    San Diego, California  92101-3909
 3  Telephone:    (619) 236-8300
    Facsimile:    (619) 236-8400
 4  Cellular:     (619) 436-8117
    KDH@KurtDavidHermansen.com
 5  Attorney for Defendant
    YOUSSEF MUSTAPHA HABHAB
 6
 7
 8
 9
10              UNITED STATES DISTRICT COURT
11              SOUTHERN DISTRICT OF CALIFORNIA
12
13  UNITED STATES OF AMERICA,         )  Case No.   08cr0404 BEN (CAB)
                                      )
14              Plaintiff,            )  JOINT MOTION TO MODIFY TRAVEL
        v.                            )  RESTRICTION
15                                    )
    YOUSSEF MUSTAPHA HABHAB,          )
16                                    )
                Defendant.            )
17
18
19      IT IS HEREBY REQUESTED by the parties in the case, Plaintiff, United States of
20  America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy
21  Salel, Assistant United States Attorney, and the Defendant, YOUSSEF MUSTAPHA HABHAB,
22  by and through his counsel, Kurt David Hermansen, that the travel restriction in this case be
23  modified to allow Mr. HABHAB to travel throughout the continental United States.
24      Assistant United States Attorney, Timothy Salel, and Pretrial Services Officer, Elenor
25  Ruiz, have no opposition to the proposed travel modification.
26
27
28
```

1 | A proposed order with respect to this joint motion is being submitted directly to the court
2 via efile_bencivengo@casd.uscourts.gov.

Respectfully submitted,

Dated: *July 28, 2008*     s/*Kurt David Hermansen*
Attorney for Defendant HABHAB
Email: KDH@KurtDavidHermansen.com


Dated: *July 28, 2008*     s/*Timothy Salel*
Assistant United States Attorney
Email: Timothy.Salel@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YOUSSEF MUSTAPHA HABHAB,<br><br>Defendant. | Case No. 08cr0404 BEN (CAB)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **JOINT MOTION TO MODIFY TRAVEL RESTRICTION** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Timothy Salel**
Timothy.Salel@usdoj.gov, Efile.dkt.gc2@usdoj.gov

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  *July 28, 2008*                    *s/Kurt David Hermansen*
                                                                    Attorney for Defendant HABHAB
                                                                    Email: KDH@KurtDavidHermansen.com