FILED
AUG - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 08cr0404 BEN (CAB) |
|---|---|
| Plaintiff, | ) |
| | ) **ORDER MODIFYING TRAVEL** |
| v. | ) **RESTRICTION FOR DEFENDANT** |
| | ) **YOUSSEF MUSTAPHA HABHAB** |
| YOUSSEF MUSTAPHA HABHAB, | ) **BASED ON JOINT MOTION** |
| | ) |
| Defendants. | ) |

**THE COURT HEREBY ORDERS**, upon joint motion of the parties, that the travel restriction in this case be modified to allow Mr. Habhab to travel throughout the continental United States.

**IT IS SO ORDERED.**

Dated: 8/1/08

_____
CATHY A. BENCIVENGO
UNITED STATES MAGISTRATE JUDGE