| | |
|---|---|
| 1 | Law Office of Kurt David Hermansen |
| | Kurt David Hermansen, Cal. Bar No. 166349 |
| 2 | 110 West C Street, Suite 1810 |
| | San Diego, California  92101-3909 |
| 3 | Telephone:    (619) 236-8300 |
| | Facsimile:    (619) 236-8400 |
| 4 | Cellular:    (619) 436-8117 |
| | KDH@Kurt David Hermansen.com |
| 5 | Attorney for Defendant |
| | YOUSSEF MUSTAPHA HABHAB |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0404 BEN |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF CHANGE OF ADDRESS** |
| | ) | **AND FAX NUMBER OF ATTORNEY** |
| YOUSSEF MUSTAPHA HABHAB, | ) | **KURT DAVID HERMANSEN** |
| | ) | **EFFECTIVE SEPTEMBER 1, 2008** |
| Defendant. | ) | |

To the Clerk of this Court and all parties of record:

I hereby give notice that on September 1, 2008, my address will change to:

Law Office of Kurt David Hermansen

110 West C Street, **Suite 1903**

San Diego, California 92101

Also, my fax number will change to **(619) 794-2263**.

Respectfully submitted,

Executed on: *August 16, 2008*      *s/Kurt David Hermansen*

Attorney for Defendant
Email:  KDH@KurtDavidHermansen.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>          Plaintiff,           )<br>     v.                       )<br>                              )<br>YOUSSEF MUSTAPHA HABHAB,      )<br>                              )<br>          Defendant.          )  | Case No. 08cr0404 BEN<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF CHANGE OF ADDRESS AND FAX NUMBER OF ATTORNEY KURT DAVID HERMANSEN EFFECTIVE SEPTEMBER 1, 2008**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _August 16, 2008_                    _s/**Kurt David Hermansen**_
                                                  Attorney for Defendant
                                                  Email: KDH@KurtDavidHermansen.com